

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-13-2015

# Karen Barkes v. First Corr Med Inc

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"Karen Barkes v. First Corr Med Inc" (2015). *2015 Decisions.* Paper 716.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/716

This July is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

_____

No. 12-3074

_____


KAREN BARKES, as administratrix
of the Estate of Christopher Barkes;
ALEXANDRA BARKES; BRITTANY BARKES

v.

FIRST CORRECTIONAL MEDICAL, INC.;
STANLEY TAYLOR; RAPHAEL WILLIAMS;
CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES
OF THE STATE OF DELAWARE DEPARTMENT OF CORRECTIONS;
CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES
OF FIRST CORRECTIONAL MEDICAL, INC.
STATE OF DELAWARE DEPARTMENT OF CORRECTIONS

Stanley Taylor and Raphael Williams,

Appellants

_____


On Appeal from the United States District Court
for the District of Delaware
(D. DE. No. 1-06-cv-00104)
District Judge:  Honorable Leonard P. Stark

_____


Originally Argued September 24, 2013
Remanded by the Supreme Court of the United States
on July 6, 2015
Submitted Under Third Circuit L.A.R. 34.1(a)
on July 6, 2015

Before:  AMBRO, FISHER and HARDIMAN, *Circuit Judges*.

———

JUDGMENT ORDER

———

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was argued on September 24, 2013.

By opinion and judgment dated June 1, 2015, the Supreme Court of the United States REVERSED the decision of the Third Circuit, it is now hereby ORDERED and ADJUDGED that the case is REMANDED to the District Court to dismiss the complaint consistent with the opinion of the Supreme Court.

By the Court,

 s/ D. Michael Fisher

Circuit Judge

Attest:

 s/Marcia M. Waldron

Clerk


Dated:        July 13, 2015